UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACCURATE COMMUNICATIONS, LLC, a Nebraska limited liability company, | ) ) ) ) | Case No. 4:05-CV-03286 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| STARTEL CORPORATION, a California corporation, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation to Extend Time to Answer or Otherwise Plead,

IT IS ORDERED that the stipulation, filing 4, is approved and Defendant Startel Corporation shall have until December 30, 2005, to file its responsive pleading to Plaintiff's Amended Complaint.

Dated this 21st day of December, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

L0672911.1