```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

ACCURATE COMMUNICATIONS, LLC,  )
                               )
          Plaintiff,           )           4:05CV3286
                               )
     v.                        )
                               )
STARTEL CORPORATION,           )           ORDER
                               )
          Defendant.           )
                               )
```

IT IS ORDERED:

The parties' stipulation, filing 11, is approved and plaintiff is given to February 3, 2006 to file a response to defendant's pending motion to dismiss.

DATED this 18th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge