IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACCURATE COMMUNICATIONS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3286 |
| | ) | |
| v. | ) | |
| | ) | |
| STARTEL CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Upon consideration of the plaintiff's motion for leave to file a second amended complaint,

   IT IS ORDERED,

   The motion, filing 22, is granted in part, and the plaintiff may, within ten days, file a second amended complaint as proposed, EXCEPT that the repleading of the second cause of action is not permitted.

   DATED this 1st day of May, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge