```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ACCURATE COMMUNICATIONS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3286 |
| | ) | |
| v. | ) | |
| | ) | |
| STARTEL CORPORATION, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the defendant's motion to compel, I conclude that the requested discovery is relevant to the claims and defenses raised by the parties. Fed. R. Civ. P. 26 (b)(1).

IT THEREFORE HEREBY IS ORDERED,

The motion to compel, filing 34, is granted, and the plaintiff is given fifteen days to serve answers to the contested interrogatories and responses to the contested requests for production. Each party shall bear its own expenses in respect to this discovery matter.

DATED this 19th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge