```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

ACCURATE COMMUNICATIONS, LLC,  )
a Nebraska limited liability  )
company,                       )            4:05CV3286
          Plaintiff,           )
                               )
     v.                        )
                               )            ORDER
STARTEL CORPORATION, a         )
California corporation,        )
                               )
          Defendant.            )

IT IS ORDERED:

The stipulation of the parties, filing 39, is approved and the deadline for defendant to respond to plaintiff's first set of requests for production is extended to July 26, 2006.

DATED this 20th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge