```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ACCURATE COMMUNICATIONS, LLC,<br>a Nebraska limited liability<br>company, | )<br>)<br>) | 4:05CV3286 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| STARTEL CORPORATION,<br>a California corporation, | )<br>)<br>) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint motion to amend progression order, filing 43, is granted in part and the pretrial conference is continued to October 17, 2006 at 10:00 a.m.  The motion is otherwise denied for failure to show good cause in accordance with NECivR 6.1(b).

DATED this 28th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge