```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ACCURATE COMMUNICATIONS, LLC, a Nebraska limited liability company, | ) ) ) | 4:05CV3286 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| STARTEL CORPORATION, a California corporation, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint motion to reconsider, filing 45, is granted in part, and

1. Jury trial is continued to 9:00 a.m., January 22, 2007 for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as <u>Outz v. Novartis</u>, 4:01cv3090 and <u>Gans v. Country Club of Lincoln</u>, 8:06cv344. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held December 28, 2006 at 10:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to December 1, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly except for the summary judgment motion deadline.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 6th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge