```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ACCURATE COMMUNICATIONS, LLC, a Nebraska limited liability company, | ) ) ) ) | 4:05CV3286 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| STARTEL CORPORATION, a California corporation, | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion to reschedule the pretrial conference is granted and the pretrial conference is rescheduled from December 28 to December 19, 2006 at 9:00 a.m. before the undersigned in chambers, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 13th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge